**COMMONWEALTH of Pennsylvania,**
**Appellee,**

v.

**William Darrell DAVENPORT,**
**Appellant.**

Supreme Court of Pennsylvania.

Argued May 13, 2003.

Decided June 5, 2003.

Francis M. Socha, for William Darrell Davenport.

Edward Michael Marsico, Jr., Harrisburg, James Patrick Barker, Williamsport, Kelly Lynn Crawford, for Commonwealth of Pennsylvania.

Before CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN, and LAMB, JJ.

---

***ORDER***

PER CURIAM.

Appeal dismissed as having been improvidently granted.